

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-0166-CV
_____

TRAVIS HAZLEWOOD, APPELLANT

V.

S. GARY WERLEY, APPELLEE

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2011-000239-1, Honorable Don Pierson, Presiding

May 8, 2013

## ORDER ON NOTICE OF BANKRUPTCY

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Travis Hazlewood, perfected this appeal from the trial court's summary judgment in favor of Appellee, S. Gary Werley. The clerk's record and briefs have been filed and this appeal was submitted on the briefs for consideration on February 18, 2013.

On April 10, 2013, Hazlewood filed a *Suggestion of Bankruptcy* in this Court. He indicates that on March 22, 2013, he filed a petition for bankruptcy under chapter 13 of the United States Bankruptcy Code in Case No. 13-41109-DML. The petition is pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division.

Pursuant to 11 U.S.C. § 362, an automatic stay is imposed prohibiting the continuation of any judicial action or proceeding against a debtor. Per Rule 8.2 of the Texas Rules of Appellate Procedure, this appeal is suspended. For administrative purposes, the appeal is removed from this Court's docket and abated. Any documents filed subsequent to the bankruptcy petition will remain pending until such time as the appeal is reinstated.

The parties are directed to take appropriate action to advise the Clerk of this Court of any change in the status of Hazlewood's bankruptcy proceeding which would affect this appeal. The appeal will be reinstated upon proper showing that the stay has been lifted or terminated by the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division. A certified copy of the order lifting or terminating the stay must be attached to that motion. *See* Tex. R. App. P. 8.3(a).

Per Curiam